| Attorneys | | Paralegals |
|---|---|---|
| Curtis K. Walker | **Walker & Walker Law Offices, PLLC** | Jennifer Johnson, Manager |
| Andrew C. Walker | 4356 Nicollet Avenue South | Darcee McKinnon |
| Bennett Hartz | Minneapolis, Minnesota 55409-2033 | Meara Gregory |
| Ethan J. Mustonen | Phone: (612) 824-4357 | Jennifer Nelson |
| Paul H. Weig | www.bankruptcytruth.com | Lisa Falk |
| Jacquelyn J. Qualle | April 18, 2023 | Deborah Grant |
| Andrew T. Johnson | | Jessica White |
| | | Leah Likness |

Clerk of Bankruptcy Court
301 US Courthouse
300 S 4th Street
Minneapolis, MN 55415

Re: William Barno
Bankruptcy file no.21-42237
Our file no. 27355

Dear Sir/Madam:

Please be advised that the above debtors have moved. Their new address is:

**William Barno
4246 1st Ave S
Minneapolis, MN 55409**

Please change your records to reflect their new address.

Thank you.

Very truly yours,

**Curtis K. Walker**

Curtis K. Walker

CKW:rhj